# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RONALD D. JOLLY, Inmate #S05734** | ) |
| **Plaintiff,** | ) |
| vs. | ) CIVIL NO. 09-74-GPM |
| **JIM HINKLE,** *et al.*, | ) |
| **Defendants.** | ) |

# JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy, and the following decision was reached:

**IT IS ORDERED** that Plaintiff Ronald D. Jolly shall recover nothing, and the action be **DISMISSED on the merits**.

**DATED**: 06/22/09

                                              JUSTINE FLANAGAN, ACTING CLERK

                                              By: s/ Linda M. McGovern
                                                    Deputy Clerk

APPROVED: s/ *G. Patrick Murphy*
              G. Patrick Murphy
              United States District Judge